No. 605. QUIÑONES ET AL. *v.* PÉREZ.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided October 3, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. Bosch* and *Soto* for petitioner. *Mr. Miguel Guerra* for respondent.

---

No. 624. RIVERA *v.* BRIGNONI ET AL.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided October 3, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. Vías Ochoteco* and *Ferrer* for petitioner. *Messrs. Hord* and *Scoville* for respondent.

---

No. 237. THE PEOPLE *v.* HERNÁNDEZ ET AL.—Appeal from the District Court of Mayagüez. Motion for a review of the judgment rendered in this case. Decided October 4, 1910. Motion denied. The petitioners appeared in their own behalf.

---

No. 252. THE PEOPLE *v.* CRESPO.—Appeal from the District Court of Arecibo. Decided October 5, 1910. Judgment affirmed. *Mr. Santiago B. Palmer* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 552. VELA *v.* REXACH.—Appeal from the District Court of San Juan. Motion of the appellant withdrawing the appeal. Decided October 5, 1910. Motion sustained. *Mr. José G. Torres* for petitioner.